Rev. 5/20

# United States District Court
### Middle District of Florida
### Fort Myers Division

(SYLVESTER LEWIS BROWN DC# D73818

*(In the space above enter the full legal name of the plaintiff)*

PROVIDED TO DESOTO C.I
10-15-2020 FOR MAILING
NMATE INITIALS
OFFICER INITIALS

-against-

CAPTAIN FROST,

LIEUTENANT HARRY,

OFFICER Solis

2:20-CV-828-FtM-CdeNPM

**Case No. _____**
(To be filled out by Clerk's
Office only)

# COMPLAINT
*(Pro Se Confined Litigant)*

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

Jury Demand?
☑ Yes
☐ No

2020 OCT 19 AM 11: 23
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

FILED

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Brown, Sylvester L.                              None
Name (Last, First, MI)                           Aliases

D73818
Identification #

Desoto Annex
Place of Detention

13617 SE Highway 70
Institutional Address

Arcadia,               Florida              34266-7800
County, City           State                Zip Code

## III.    STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☑    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Rev. 5/20

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    FROST
_____
Name (Last, First)

CORRECTIONAL CAPTAIN
_____
Current Job Title

33123 OIL WELL ROAD
_____
Current Work Address

PUNTA GORDA,          FLORIDA          33955
_____
County, City                State            Zip Code


Defendant 2:    HARRY,
_____
Name (Last, First)

CORRECTIONAL LIEUTENANT
_____
Current Job Title

33123 OIL WELL ROAD
_____
Current Work Address

PUNTA GORDA,          FLORIDA          33955
_____
County, City                State            Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: _Solis,_
Name (Last, First)

_CORRECTIONAL OFFICER_
Current Job Title

_33123 Oil Well Road_
Current Work Address

_PUNTA, GORDA_          _FLORIDA_          _33955_
County, City                         State                              Zip Code


Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                         State                              Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:    CHARLOTTE CORRECTIONAL INSTITUTION

Date(s) of occurrence:    AUGUST 25, 2020

State which of your federal constitutional or federal statutory rights have been violated:

FIRST AMENDMENT UNDER THE RELIGIOUS FREEDOM RESTORATION ACT AND DUE PROCESS
OF LAW UNDER THE FOURTEENTH AMENDMENT

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P.  10(b).*

FACTS:

> What
> happened to
> you?

1.) On August 25, 2020, while Plaintiff was in Administrative Confinement, Captain Frost and Lieutenant Harry made their security rounds.

2.) Lieutenant Harry stopped to Plaintiff cell door (A1-107) and told Plaintiff he would be getting a haircut and shave.

3.) Plaintiff told Defendant Harry that he is a Hebrew Israelite and it is against his religious belief to be clean shaven and head cut balded.

4.) Lieutenant Harry stated, "I don't care what you are" and walked off telling Defendant Solis to make sure Plaintiff gets a haircut and shave.

5.) Prior to placing Plaintiff in the shower Defendant Solis told Plaintiff that per Captain Frost and Lieutenant Harry he must get a haircut and shave.

6.) Plaintiff pleaded with Defendant Solis not to cut his head bald and clean shave him especially with an upcoming High Holy Day of the Hebrew Israelite religion.

7.) Defendant Solis stated, "I understand but must do what Defendants Frost and Harry told him to do."

8.) A CM III orderly then cut Plaintiff's hair and clean shave him with a

Rev. 5/20

triple zero blade.

9.) On or about August 27, 2020, Plaintiff spoked with Chaplin Yeager about the incident and request that a Memo be placed in the Confinement Unit to prevent the situation from occurring again.

10.) Captain Yeager Stated," that Captain Frost and Lieutenant Harry should not have done that because they both knew better.

11.) The actions of Defendant Frost conduct in forcing Plaintiff to cut his hair bald and clean shave him constitutes a violation of Plaintiff's First Amendment rights under the Religious Freedom Restoration Act.

12.) The actions of Defendant Harry conduct in forcing Plaintiff to cut his hair bald and clean shave him constitutes a violation of Plaintiff's First Amendment rights under the Religious Freedom Restoration Act.

13.) The actions of Defendant Soler conduct in forcing Plaintiff to cut his hair bald and clean shave him and failure to correct the violation by intervening to Defendants Frost and Harry constitutes a violation of Plaintiff's First Amendment rights under the Religious Freedom Restoration Act.

**Who did what?**

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Page 6 of 10

Rev. 5/20

Not to the extent to those officials involved with the Grievance Procedure.

**Was anyone else involved?**

Rev. 5/20

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: **Prisoners** must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

A. ISSUE A DECLARATORY JUDGMENT STATING:

   1. DEFENDANTS FROST AND HARRY ACTIONS OF FORCING PLAINTIFF TO CUT HIS HEAD BALD AND CLEAN SHAVE AGAINST HIS RELIGIOUS BELIEFS AS A HEBREW ISRAELITE VIOLATED PLAINTIFF'S RIGHTS UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

   2. DEFENDANT SOLIS ACTIONS OF FORCING PLAINTIFF TO CUT HIS HEAD BALD AND CLEAN SHAVE AGAINST HIS RELIGIOUS BELIEFS AS A HEBREW ISRAELITE AND FAILING TO CORRECT THE VIOLATION BY INTERVENING TO DEFENDANTS FROST AND HARRY VIOLATED PLAINTIFF'S RIGHTS UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

B. PLAINTIFF TO BE AWARDED DAMAGES IN THE FOLLOWING:

   1. DEFENDANTS FROST, HARRY AND SOLIS TO AWARD PLAINTIFF $1.00 IN NOMINAL DAMAGES.

C. PLAINTIFF TO BE AWARDED PUNITIVE DAMAGES IN THE AMOUNT OF:

   1. $550.00 EACH AGAINST DEFENDANTS FROST, HARRY AND SOLIS.

D. AWARD PLAINTIFF COURT COST AND FEES IMPUTED IN THIS ACTION.

E. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED.

Rev. 5/20

## VIII.   LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:.

Have you to date brought any other lawsuits in state or federal court while a confined?          ☑ Yes     ☐ No

      If yes, how many?   FOURTEEN (14)

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1. SYLVESTER BROWN v. JOSEPHUS JOHNSON;

A. COURT: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MIAMI

B. CASE No.: 1:97cv321

C. NATURE OF CLAIM: FOURTH AMENDMENT CLAIM RIGHT OF PRIVACY

D. PLAINTIFFS VOLUNTARY DISMISSAL

2) SYLVESTER L. BROWN v. JOE BUTLER

A. COURT: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MIAMI.

B. CASE No.: 1:98cv462

C. NATURE OF CLAIM: FIRST AMENDMENT DENIAL OF ACCESS TO THE COURTS

D. DISMISSAL FAILED TO STATE A CLAIM

## Continuation Previous Filed Lawsuits

3.) Sylvester Brown v. Sergeant Donate And Sergeant Wright

A. Court: United States District Court, Southern District of Miami

B. Case No.: 1:05cv20289

C. Nature of Claims: First Amendment Retaliation; Eight Amendment Conditions of Confinement

D. Dismissal Out of Court Settlement


4.) Sylvester Brown v. Unknown, Dr. Roger Browne

A. Court: United States District Court, Southern District of Miami

B. Case No.: 06-2005 cv Graham/White

C. Nature of Claim: Eighth Amendment Denial of Serious Medical Care

D. Dismissal Out of Court Settlement


5.) Sylvester Brown v. Ruth Mache, James Hardee

A. Court: United States District Court, Middle District of Jacksonville

B. Case No.: 3:06cv00005-VMC-MCR

C. Nature of Claims: Retaliation And Denial of Serious Medical Care

D. Dismissal- Eleventh Circuit Court of Appeal Affirmed District Court Granting Defendants Summary Judgment, Case No.: 07-10034-EE


6.) Sylvester L. Brown v. Yu And Owens

A. Court: United States District Court, Northern District of Pensacola

B. Case No.: 3:08cv289/MCR/EMT

C. Nature of Claims: Retaliation And Denial of Serious Medical Care

<u>CONTINUATION PREVIOUS FILED LAWSUITS</u>

D. PLAINTIFF'S VOLUNTARY DISMISSAL


7.) SYLVESTER L. BROWN v. B.A. KENT; G.A. SCARBROUGH

A. COURT: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT PENSACOLA

B. CASE No.: 3:09 CV 88/WS/MA

C. NATURE OF CLAIMS: RETALIATION

D. DEFENDANT G.A. SCARBROUGH SUMMARY JUDGMENT GRANTED; CASE SETTLED OUT

IN DEFENDANT'S KENT FAVOR


8.) SYLVESTER BROWN v. ALBERT YU

A. COURT: FIRST JUDICIAL CIRCUIT COURT, ESCAMBIA COUNTY, FLORIDA

B. CASE No.: 08-CA-976

C. NATURE OF CLAIM: TORT ORDINARY NEGLIGENCE

D. PLAINTIFF VOLUNTARY DISMISSAL


9.) SYLVESTER BROWN v. TERESA GRADIA

A. COURT: FIRST JUDICIAL CIRCUIT COURT, ESCAMBIA COUNTY, FLORIDA

B. CASE No.: 08-CA-2493

C. NATURE OF CLAIM: TORT ORDINARY NEGLIGENCE

D. DISPOSITION: UNKNOWN


10.) SYLVESTER L. BROWN v. B.A. KENT

A. COURT: FIRST JUDICIAL CIRCUIT COURT, ESCAMBIA COUNTY, FLORIDA

B. CASE No.: 08-CA-2485

<u>CONTINUATION PREVIOUS FILED LAWSUITS</u>

C. NATURE OF CLAIM: TORT SIMPLE NEGLIGENCE
D. DISPOSITION: UNKNOWN

11.) SYLVESTER BROWN V. UNKNOWN
A. COURT: UNKNOWN
B. CASE No.: 3: 2005 CV 1016
C. NATURE OF CLAIM: PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM
D. DISPOSITION - UNKNOWN

12.) SYLVESTER BROWN V. STATE OF FLORIDA
A. COURT: UNKNOWN
B. CASE No.: 1: 2005 CV 20953
C. NATURE OF CLAIM: SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS
D. DISPOSITION: UNKNOWN

13.) SYLVESTER BROWN V. STATE OF FLORIDA
A. COURT: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT MIAMI
B. CASE No.: 0: 2005 CV 60113
C. NATURE OF CLAIM: PETITION FOR WRIT OF HABEAS CORPUS
D. DISPOSITION: UNKNOWN

14.) SYLVESTER BROWN V. STATE OF FLORIDA
A. COURT: UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT MIAMI
B. CASE No.: 0: 1998 CV 06235

9C of 10

## CONTINUATION PREVIOUS FILED LAWSUITS

C. NATURE OF CLAIM: PETITION FOR WRIT OF HABEAS CORPUS

D. DISPOSITION: DENIED

Rev. 5/20

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

OCTOBER 12, 2020
_____
Dated

_____
Plaintiff's Signature

BROWN, SYLVESTER L.
_____
Printed Name (Last, First, MI)

073818
_____
Identification #

| DESOTO ANNEX | ARCADIA | FLORIDA | 34266-7800 |
| --- | --- | --- | --- |
| Institutional Name | City | State | Zip Code |

**Page 10 of 10**