**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**SYLVESTER LEWIS BROWN,**
     **Plaintiff,**

vs.                                 Case No.: 2:20-cv-828-JLB-NPM

**MOSES FROST, JOSE SOLIS,**
**and DAVID HARRY,**

     **Defendants.**
_____/

## NOTICE OF PENDING SETTLEMENT

     Defendants Moses Frost, Jose Solis, and David Harry, by and through undersigned counsel, pursuant to Local Rule 3.09 of the United States District Court for the Middle District of Florida, hereby gives notice that the parties have resolved this matter and are in the process of finalizing settlement documents. Defendant respectfully requests thirty (30) days to finalize the settlement documents and file a notice of dismissal with prejudice to close this matter.

                                                  Respectfully submitted,

                                                  **ASHLEY MOODY**
                                                  **ATTORNEY GENERAL**

                                                  /s/ David Asti
                                                  David Asti
                                                  Senior Assistant Attorney General
                                                  Florida Bar No. 0102964

Florida Office of the Attorney General
General Civil Litigation Bureau Tampa
3507 E. Frontage Rd., Suite 150
Tampa, FL 33607
Phone: 813-233-2880
Fax: 813-281-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2021, I electronically caused the foregoing document to be filed with the Clerk of the Court using CM/ECF. I further certify that on this day, the foregoing document has been served via first class U.S. mail to Plaintiff, *pro se*, Sylvester L. Brown, DC# 073818, DeSoto Annex, 13617 S.E. Highway 70, Arcadia, FL 34266-7800.

/s/ David Asti
David Asti
Senior Assistant Attorney General