UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SYLVESTER LEWIS BROWN,

    Plaintiff,

v.      Case No: 2:20-cv-828-JLB-NPM

MOSES FROST, JOSE SOLIS, and DAVID HARRY,

    Defendants.

## ORDER

The parties have filed a Joint Stipulation of Voluntary Dismissal with Prejudice. (Doc. 33.) The stipulation is self-executing. Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** at Fort Myers, Florida, on December 2, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE